AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

SYLVESTER SHOCKLEY
Plaintiff

V.

RONALD HOSTERMAN
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07-216

I, SYLVESTER SHOCKLEY declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant       • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
APR 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   • Yes   • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Delaware Correctional Center

   **Inmate Identification Number (Required):** 00090135

   Are you employed at the institution? yes   Do you receive any payment from the institution? yes

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • Yes   • No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.  $14.40; Delaware Corr. Center 1181 Paddock Road, Smyrna, DE  19977
   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • • No |
   | b. | Rent payments, interest or dividends | • • Yes | • • No |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • • No |
   | d. | Disability or workers compensation payments | • • Yes | • • No |
   | e. | Gifts or inheritances | • • Yes | • • No |
   | f. | Any other sources | • • Yes | • • No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.  Please see attached ledger sheet.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   · · Yes   · X̶X̶X̶

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   · · Yes   · X̶X̶X̶

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.  NONE

I declare under penalty of perjury that the above information is true and correct.

APRIL 18, 2007           _____
DATE                           SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Sylvester Shockly_   SBI#: _090135_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _April 10, 2007_

07-216

---

Attached are copies of your inmate account statement for the months of _October 1, 2016_ to _March 31, 2007_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 35.26 |
| Nov | 10.04 |
| Dec | 14.91 |
| Jan | 14.27 |
| Feb | 3.47 |
| March | 2.92 |

Average daily balances/6 months: _13.48_

Attachments
CC: File

_Stacy Shane_
4/10/07

_Janetta _____

**Individual Statement**
**From October 2006 to December 2006**

Date Printed: 4/12/2007 — Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00090135 | Shockley | Sylvester | C | | Beginning Month Balance: | $63.68 |
| Current Location: | W1 | | | | Ending Month Balance: | $22.96 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 10/2/2006 | $14.40 | $0.00 | $0.00 | $78.08 | 326775 | | | |
| Canteen | 10/4/2006 | ($20.74) | $0.00 | $0.00 | $57.34 | 328286 | | | |
| Canteen | 10/11/2006 | ($17.80) | $0.00 | $0.00 | $39.54 | 331123 | | | |
| Canteen | 10/18/2006 | ($16.21) | $0.00 | $0.00 | $23.33 | 333573 | | | |
| Canteen | 10/25/2006 | ($18.81) | $0.00 | $0.00 | $4.52 | 337836 | | | |
| Wage-1099 | 11/1/2006 | $14.40 | $0.00 | $0.00 | $18.92 | 339604 | | W BLDG 8/24-9/23/0 | |
| Canteen | 11/1/2006 | ($17.60) | $0.00 | $0.00 | $1.32 | 340990 | | | |
| Visit | 11/9/2006 | $20.00 | $0.00 | $0.00 | $21.32 | 344976 | 0581296257-07678 | | S. SHOCKLEY |
| Medical | 11/17/2006 | $0.00 | ($4.00) | $0.00 | $21.32 | 347591 | | 11/6/06 | |
| Medical | 11/17/2006 | ($4.00) | $0.00 | $0.00 | $17.32 | 347863 | | 11/6/06 | |
| Canteen | 11/21/2006 | ($12.25) | $0.00 | $0.00 | $5.07 | 349129 | | | |
| Wage-1099 | 12/1/2006 | $14.40 | $0.00 | $0.00 | $19.47 | 353030 | | W BLDG 10/24-11/23/ | |
| Pay-To | 12/1/2006 | ($2.00) | $0.00 | $0.00 | $17.47 | 353176 | | MASJID MUHAMMAD | |
| Canteen | 12/6/2006 | ($11.52) | $0.00 | $0.00 | $5.95 | 354855 | | | |
| Pay-To | 12/14/2006 | ($5.00) | $0.00 | $0.00 | $0.95 | 359732 | | FAITH TABERNACLE | |
| Mail | 12/18/2006 | $20.00 | $0.00 | $0.00 | $20.95 | 360343 | 09614613903 | | C MATTHEWS |
| Mail | 12/26/2006 | $20.00 | $0.00 | $0.00 | $40.95 | 363465 | 196005663 | | E WILLIAMS |
| Canteen | 12/27/2006 | ($17.99) | $0.00 | $0.00 | $22.96 | 364525 | | | |

Ending Month Balance: $22.96

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

## Individual Statement
### From January 2007 to March 2007

| Date Printed: 4/12/2007 | | | | | | Page 1 of 1 |
|---|---|---|---|---|---|---|
| SBI 00090135 | Last Name: Shockley | First Name: Sylvester | MI: C | Suffix: | Beginning Month Balance: | $22.96 |
| Current Location: W1 | | Comments: | | | Ending Month Balance: | $0.10 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 1/2/2007 | $14.40 | $0.00 | $0.00 | $37.36 | 366393 | | W BLDG -11/24-12/23 | |
| Mail | 1/2/2007 | $20.00 | $0.00 | $0.00 | $57.36 | 366740 | 0582277590 | | S SHOCKLEY |
| Canteen | 1/3/2007 | ($25.13) | $0.00 | $0.00 | $32.23 | 367786 | | | |
| Canteen | 1/10/2007 | ($18.45) | $0.00 | $0.00 | $13.78 | 370778 | | | |
| Canteen | 1/17/2007 | ($8.24) | $0.00 | $0.00 | $5.54 | 374131 | | | |
| Canteen | 1/24/2007 | ($5.39) | $0.00 | $0.00 | $0.15 | 376362 | | | |
| Wage-1099 | 2/1/2007 | $14.40 | $0.00 | $0.00 | $14.55 | 381526 | | W BLDG 12/24/06-1/2 | |
| Canteen | 2/7/2007 | ($13.93) | $0.00 | $0.00 | $0.62 | 383684 | | | |
| Medical | 2/21/2007 | $0.00 | ($4.00) | $0.00 | $0.62 | 390946 | | 2/16/07 | |
| Medical | 2/23/2007 | ($0.62) | ($3.38) | $0.00 | $0.00 | 392180 | | 2/16/07 | |
| Wage-1099 | 3/1/2007 | $14.40 | $0.00 | $0.00 | $14.40 | 395085 | | W BLDG 1/24-2/23/07 | |
| Medical | 3/2/2007 | ($3.38) | $0.00 | $0.00 | $11.02 | 395863 | | 2/16/07 | |
| Canteen | 3/7/2007 | ($8.27) | $0.00 | $0.00 | $2.75 | 397667 | | | |
| Canteen | 3/14/2007 | ($2.65) | $0.00 | $0.00 | $0.10 | 400412 | | | |

Ending Month Balance: $0.10

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00