OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 16, 2007



FILED
JUL 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO:   **Delaware Correctional Center**
      **ATTN: Business Office**
      **P.O. Box 500**
      **Smyrna, DE 19977**

    RE:   **Return of Check for Inmate Filing Fees,**
          **Check #20265 Sylvester Shockley SBI# 090135;**
          **Civ. No. 07-216 SLR**

    Enclosed check, #20265 is being returned by the Clerk's Office without action. Our records indicate that Mr. Shockley is not obligated to pay the remainder of his filing fee in 07cv216 per the enclosed order.
    We are returning this check directly to the Business Office since your office issued it. Please contact me directly if you have a question at 302-573-6170.

                                           Sincerely,

/ld
          BY: _____      PETER T. DALLEO
              Larisha Davis                CLERK
              Deputy Clerk

cc:   the Honorable Sue L. Robinson
      Financial Administrator
      Alpha file