OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 9, 2007

TO:  **Delaware Correctional Center**
**ATTN:  Business Office**
**P.O. Box 500**
**Smyrna, DE 19977**

RE:  **Return of Check for Inmate Filing Fees,**
**Check #20745 Sylvester Shockley SBI# 090135;**
**Civ. No. 07-216 SLR**

Enclosed check, #20745 is being returned by the Clerk's Office without action. Our records indicate that Mr. Shockley is not obligated to pay the remainder of his filing fee in 07cv216 per the enclosed order.
We are returning this check directly to the Business Office since your office issued it.  Please contact me directly if you have a question, at 302-573-6170.

Sincerely,

/ld

PETER T. DALLEO
CLERK

BY: _____
Larisha Davis
Deputy Clerk

cc:  the Honorable Sue L. Robinson
Financial Administrator
Alpha file